IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KATIE DENISE CHAVES, | § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 2:22-CV-00310-JRG-RSP |
| MCLEOD INDEPENDENT SCHOOL DISTRICT, | | |
| *Defendant*. | | |

## ORDER

Defendant McLeod Independent School District ("MISD") previously filed a Motion for Partial Dismissal. (Dkt. No. 4.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 19), recommending grant in part of MISD's Motion for Partial Dismissal. Since no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Partial Dismissal (Dkt. No. 4) is **GRANTED IN PART** as to (1) the request for punitive damages and (2) the claim under Chapter 451 of the Texas Labor Code, and otherwise **DENIED**.

**So ORDERED and SIGNED this 6th day of April, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE